IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TRACY HOWARD BESSELAAR,** ) | |
| **AIS #00135043,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 1:21-00290-JB-N** |
| ) | |
| **REOSHA BUTLER,** *Warden III*, ) | |
| *G. K. Fountain Correctional Facility*, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 13) made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated November 15, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this habeas corpus action brought by Petitioner Tracy Howard Besselaar under 28 U.S.C. § 2254 is **DISMISSED without prejudice** as **MOOT** due to Besselaar's death, that all pending motions are therefore also **DENIED** as **MOOT**, and that Besselaar is not entitled to a Certificate of Appealability in relation to this final adverse order.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE and ORDERED** this 8th day of December, 2021.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE